Order issued December 6 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00216-CV

**MERITAGE HOMES OF TEXAS, LLC, Appellant**

V.

**THE STODDARD GROUP, LTD., Appellee**

## ORDER

We **REINSTATE** the appeal.

DOUGLAS S. LANG
JUSTICE